**Order entered January 19, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-20-00391-CR
No. 05-20-00392-CR

**NATHANAEL JACE MIXON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-42179-N & F16-41127-N**

**ORDER**

Appellant, who was convicted of continuous sexual abuse of a child and aggravated sexual assault of a child younger than fourteen years of age, filed his brief on January 4, 2021. In the brief, appellant generally identifies the victims by initials; however, he occasionally uses one victim's name. This Court does not allow a party to file a brief that discloses the names of victims or the names of witnesses who were children at the time of the offenses, or the names of any other children discussed or identified at trial. *See* TEX. R. APP. P. 9.10(b) ("Unless a

court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data."), *id.* 9.10(a)(3) ("*Sensitive Data Defined.* Sensitive data consists of . . . a birth date, a home address, and the name of any person who was a minor at the time the offense was committed."). Accordingly, we **STRIKE** appellant's brief.

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that identifies any individuals who were children at the time of this or any other offense either generically (for example, "victim") or by initials only, including when quoting relevant portions of the record, giving a statement of the case, or attaching an appendix.

We **DIRECT** the Clerk to send copies of this order to Niles Illich and the Dallas County District Attorney's Office.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE